42

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Eastern_ District of _Michigan_

_SouthernDiv_

| | |
|---|---|
| Eric Martin | Case: 2:23–cv–12741 |
| _Plaintiff(s)_ | Assigned To : Steeh, George Caram |
| _(Write the full name of each plaintiff who is filing this complaint._ | Referral Judge: Altman, Kimberly G. |
| _If the names of all the plaintiffs cannot fit in the space above,_ | Assign. Date : 10/27/2023 |
| _please write "see attached" in the space and attach an additional_ | Description: CMP MARTIN V. SASS ET AL (DJ) |
| _page with the full list of names.)_ | |

-v-

Jury Trial: _(check one)_ ☑Yes ☒No

'changed by me Eric mar-tin

Class Action

Ryan Sass, Robert Herrst, et al.
_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            Eric Martin
Address         9074 Clippert Street
                Taylor          MI       48180
                    *City*          *State*      *Zip Code*

County          Wayne
Telephone Number
E-Mail Address  WizardryEric@mail.com

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                    Ryan Sass
Job or Title *(if known)*  Michigan State Police Of-
Address                 4337 Buno Rd            ficer
                        Brighton        MI       48114
                            *City*          *State*      *Zip Code*

County                  ~~Wash~~ Livingston
Telephone Number        1 810-227-1051
E-Mail Address *(if known)*  I dont know
                        [✓] Individual capacity  [✓] Official capacity
                                                 (for injunctive relief)

Defendant No. 2
Name                    Robert Herrst
Job or Title *(if known)*  Michigan State Police Officer
Address                 4337 Buno Rd
                        Brighton        MI       48114
                            *City*          *State*      *Zip Code*

County                  Livingston
Telephone Number        1 810-227-1051
E-Mail Address *(if known)*  I dont know
                        [✓] Individual capacity  [✓] Official capacity
                                                 (for injunctive relief)

Defendant No. 3

Name _____ _Mike_____

Job or Title *(if known)* _Manager aT SaKsTrups___

Address _Towing 5600 S STaTe Rd_____

_Ann Arbor_____ MI____ 48108_____
City            State        Zip Code

County _WashTenaw_____

Telephone Number _1 734 - 971 - 5400_____

E-Mail Address *(if known)* _I dont know his email_

☑ Individual capacity   ☑ Official capacity
                          ↳ for injunctive
                             relief

Defendant No. 4

Name _All unknown John Doe_____

Job or Title *(if known)* _MSP officers or Defendants_

Address _4337 Buno SI Rd otherwise_

_BrighTon___ MI___ 48114_____
City            State        Zip Code

County _LivingsTon_____

Telephone Number _1 810 - 227 - 1051_____

E-Mail Address *(if known)* _I dont know_

☑ Individual capacity   ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_See Statement of Claim___

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

I. B. The Defendants

Defendant No. 5

Erane   C.   Washington
Job or Title - So-called District
Court Judge at The 14-B Di-
strict Court, 7200 S Huron
River Dr, Ypsilanti, MI 48197

County - Washtenaw
Telephone # I dont know
her personal #, but
the # for the 14-B
District Court is
1 - 734 - 483 - 5300

Email address- I dont know

Sued in her individual and
official capacity (for injunctive re-
lief)

Defendants No. 6

All state Senators, Representatives,
(exact number unknown at This
Time) who created the relevant
Listed MCL's

.I. B. The Defendants

. I dont know their address-
.es now but its probably
.in Lansing, Mi.

. I dont know their phone
.#.

. They are sued in their
.individual, official capacities - only
.for the injunctive relief.

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*Defendants    Ryan    Sass,    (cont.)*

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

*In  Ypsilanti, Michigan  East  I 94*

B.    What date and approximate time did the events giving rise to your claim(s) occur?

*On  7-11-23  at  about  10:31 am*

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

*On  7-11-23  Defendants  Ryan Sass (hereinafter Sass), Robert Herrst (hereinafter Herrst), conspired together to take, steal, my motorcycle (my private property) 1982 Honda 250 cm, from me and did, by calling Sakstrips  (Cont.)*

III. C.              Statement    of    Claim

Defendants   Sass, Herrot

towing    which    as    a    result
towed    my    motorcycle    and
conspired    in    the    stealing
of    my    motorcycle    with
Defendants    Sass, Herrot,    as    they
did    so    without    my    consent.

I    believe    Sass, Herrot,    did    so
because    they    have    a    monetary
incentive    to    do    so (though    not
necessary    to    succeed    with
my    claim)    such    as    a    con-
tract    with    Sakstrups    towing
where    they    get    a    monetary
percentage    of    Peoples    proper-
ty    they    steal, tow, call    to
have    done.

Any, all, reasons    Sass, Herrot,
and    ~~the~~ any    of    the    other
defendants    may    use    to    try
to    justify    stealing    my    mo-
torcycle,    is    no    justifiable
reason    under    my    Constitu-

III. C.        Statement    of    Claim
Defendants   Sass, Herrot


tional    Rights.

Because   Defendants   Sass, Her-
rot   have   violated   my   Hum-
an, God - Given, Constitutional   Righ-
ts, i   have   reason   to   believe
its   part   of   a   habit, cus-
tom, they   have   been   doing
to   others   similarly   situated
in   the   past, present, will
in   the   future (until   stopped
by   This (Court) and   i   there-
fore   bring   the   same   claims
against   Sass, Herrot, for   viola-
ting   The   Rights   of   others
of   all   other   unknown   sim-
ilarly   situated   Plaintiffs (at
this   time) who   have   been
factually   subjected   to   the
same, Similar   type, of   the   facts
in   this   complaint   as   We.

## III.   Statement of Claim

### Defendants Sass, Herrst

Defendants Sass, Herrst, in taking, stealing, depriving me, and all other "Plaintiffs Similarly Situated" of our private property without our consent violated, violates, my, our God – Given, Human, Natural Right to Travel, of Article 12, 13, of The Universal Declaration of Human Rights, Article 1 § 17 of The Michigan Constitution (Due Process), The Fifth, Fourteenth Amendments of The United States Constitution, and constitutes Unreasonable Search and Seizures in violation of Article 1 § 11 of The Michigan Constitution, and The Fourth Amendment of The United States Constitution, and constituted Cruel or Unusual Punishment in violation of Article 1 § 16 of The Michigan

(c)

III.   Statement   of   Claim

Constitution, Eighth  Amendment
of  The  United  States  Cons-
titution

<u>Defendant   Mike</u>

On   7-18-23   I, Orie Martin,
physically   walked   in   Sakst-
rups  Towing   and   was  no-
tified   by   Defendant   Mike
(hereinafter  Mike)  that   he   is
the   Manager   at   Sakstrups
Towing. I   notified   Mike   who
i   am   and   that   i   am
the   owner   of   the   1982
Honda   250 cm   that   he   is   in
possession   of,

I   told   Mike   its   my   pr-
ivate   property (my   motorcycle) and
as  such   i   want   him   to
give   it   to   me   without

(d)

# III.          Statement   of   Claim

## <u>Defendant   Mike</u>

trying   to   make   me   pay   a
extortion   fee   as   i   dont
need   to   for   my   private
property. I   notified   Mike   the
cops   called   to   have   it   to-
wed   against   my   consent. So
therefore   he   cant   rely   on
the   cops   taking   it (being De-
fendants   Sass, Herrot) since   its
stealing   my   property.

Mike   refused   to   give
me   my   motorcycle   and   th-
erefore   conspired   with   Defend-
ants   Sass, Herrot, in   depriving
me   of   my   motorcycle.

Mike   gave   me   2   reas-
ons   for   not   giving   me
my   motorcycle. 1. I   didnt   present
him   with   proof   its   mine. 2. He

III.                    Statement    of    Claim


Defendant    Mike


said    I    need    to    pay
his    fees.

I    told    Mike    i    wanted
my    2    locks    off    my
motorcycle,    but    he    refused    to
give    them    to    me.

I    showed    Mike    my    cer-
tificate    of    title    form,    that
i    and    the    guy    i    bought
the    motorcycle    from,    signed
that    show    he    sold    it
to    me    and    i    bought
it    from    him.

Mike    conspired    with    Defe-
ndants    Sass, Herrot,    to    steal,
deprive    me    of    my
motorcycle (private    property), and
did    in    fact    deprive    me    of

(f)

III.        Statement   of   Claim


Defendant   ~~Mike~~ Mike


my   motorcycle, in   violation   of
art 1.§ 11   of   The   Michigan   Con-
stitution, Art. 1 § 17   of   The   Michi-
gan   Constitution, art. 1 § 16   of   The
Michigan   Constitution ( as   being   Cru-
el   ~~■~~ or   Unusual   Punishment),
the   Fourth, Eighth, Fourteenth   Am-
endments   of   The   United
States   Constitution.


     Based   on   Mikes   depriving
me   of   my   property   i
have   reason   to   believe
he   has   likewise   illegally
deprived   other   currently   un-
known   similarly   situated
plaintiffs   of   there   private
property   and   as   such
conspiring   with   defendants
sass, herrst, and/or   other   un-

(9)

III.    Statement    of    Claim

Defendant    Mike

known    John    Doe    defendant
police    officers, MSP, etc., because
they    didn't    have    a    license,
or    registration, and/or    insurance,
or    for    any    other    reason
that's    not    justified    pursuant
to    Our    Human, God-Given,
Constitutional    Rights    to    Our
Private    Property    and    the
specific    legal    authorities    alre-
ady    mentioned    above.

Unknown    John    Doe
and/or    Jane    Doe
Defendants (exact num-
ber    unknown    now)
that    Were, and May-
be    Still    are, State
Senators, Representatives,
That    are    all    Res-
ponsible    for    creating

(h)

III.    Statement    of    Claim

MCL's  257.33, 257.904,
500.3102, 257.215

Defendants   John   Doe   and/or
Jane  Doe (exact  number  unknown
at  this  time)  were, and  all  or
some  may  still  be, Michigan
State  Senators, Representatives, who
all  conspired  together  to  create
MCL's  257.33, 257.904, 500.3102, 257.215.

They're  creation  of  these
statutes  has  violated (and will
continue  to  violate  till  cha-
nged  by  this  Court) my  Right
to  Own, Use  My  Private  Prope-
rty, And  To  Exercise  My
Right  To  Travel  In  My
Private  Property, Without  Being
Harassed  By  Police  Officers, Such
as  my  moped, motorcycle, and  to
buy, use, a  car  as  my  priv-
ate  property ( because  of  the

(i)

III.                    Statement    of    Claim

possibility    of    having    it    towed,
etc.).


This    is    so    because    these
above    statutes    made    by    them
gives    all    the    cops    fraudulent
presumptions    that    I, and    every-
one    else,    needs    a    license, a
license    and    motorcycle    endorsem-
ent (for    a    motorcycle), a    regis-
tration, certificate    of    title, ins-
urance    for    a    motorcycle    and
car, etc, and    therefore    causes
cops    to    harass    me, and
all    others    who    are    similarly
situated    Plaintiffs,    when    i, we,
are    in    fact    Traveling    By
Night    in    our    private    pro-
perty,    be    it    my, our, moped (s)
motorcycle, anything    else    with    a
gasoline    motor    on    it, cars,
when    in    fact    its    our
private    property    and    i, we,
dont    need    no    one    elses

(j)

## III.   Statement of Claim

permission to own, use, our property, and i, we, don't need to pay to use our private property by making us pay for licenses to use it, pay for registration, pay for insurance.

As such, all these above statutes violate our Constitutional Right to use, own, our private property, by making us get someone elses permission to use it, and then pay for it, and trying to force me, us, for permission to exercise Our Right to Travel, in violation of Art. 1§17 of The Michigan Constitution, Art.1§11, Art.1§16, Art 1. § 9 of The Michigan Constitution, and The Fourth, Eighth, Fourteenth Amendments of The United States Constitution, Our God-Given,

(K)

## III.        Statement of Claim

Natural, Common Law Rights.

And these statutes are violating these Rights when i, we, havent been using our private property commercially, for profit (carrying passengers, or property for profit). See 18 U.S.C. § 31 (6) (10).

John Doe Defendants #4

John Doe defendants #4 are any, all, Michigan State Police Officers of The Brighton Post in Michigan, and any, all, Michigan State Police Officers in The Whole State of Michigan, who are unknown by name right now and who are unknown at this time by the exact number, who

III.        Statement      of     Claim

John   Doe   Defendants
# 4

have    in     the     past    violated
Peoples     Right    to    Travel, To
Own, Use   Their   Private   Property,
That   Had, A   Gasoline   Engine
On   It, And     wasnt    carrying
passengers     or     property    for
profit, and    therefore    wasnt
driving     a     motor     vehicle
pursuant     to     18 U.S.C. 31(6)(10),
and   therefore    wasnt    required
to   have    a    drivers    license,
drivers    license    and    motorcy-
cle   endorsement (in   the   case
of    a    motorcycle), nor   registr-
ation, insurance (which    are    just
ways    to    get    extortion   fees
to    make    scum - bags    rich
and    converting    Rights    to   pr-
ivileges ), and    arresting   People
without    Probable    Cause ( In
various    ways - such    as    no
license    plate    or    tag    on
the   car, or    because    of   not

(m)

III.                    <u>Statement    of    Claim</u>


John    Doe   #4   <u>Defend-
ants</u>


going    within    the    exact   ~~posted~~
speed    limit, as    an    example
but    not    necessarily    limited
to    such), and    by    writing
People    tickets    when    they
were    Traveling    By    Right    in
their    private    property    and
wasn't    technically    driving    a
motor    vehicle, but    were    wr-
ote    tickets    fraudulently    port-
raying    them    as    driving    mo-
tor    vehicles    and    as    need-
ing    drivers    licenses, motorcycle
endorsements, licenses, when    they
were    never    required    to
have    ~~any~~    or    all    of
it    and    suffered    as    a
result    with    tickets    wrote,
arrested, private    property    or
consumer    goods    with    a
gasoline    engine    on    it, towed,
stolen, and    naturally    causing
fear, mental    stress.

## III.   Statement of Claim

### John Doe Defendants #4

John Doe defendants #4 are not just in the past from the time of the submission of this complaint, but also all who will continue to do so in the future.

John Doe Defendants #4 acts/omissions violated our rights which are all the same as cited as to defendants Sass, Herrst. (no need to unnecessarily repeat it).

III.        Statement    of    Claim

Defendant    Erane    C.
Washington

Defendant    Washington    was,
is, a    so-called    State    Court
Judge    for    The    14-B    District
Court    in    Ypsilanti    assigned
to    the    case    STATE    OF    MICHIG-
AN    v.    ERIC    MARTIN,    No. 23S-00425 ST.

As    such,    i    filed    a    Demand
for    a    order    that    Washington
order    Michigan    State    Police
officers    Ryan    Sass,    Robert    Her-
rst,    to    go    get    my    motor-
cycle    from    Sakstrups    Towing
and    give    it    to    me    or
allow    me    to    pick    it
up    without    my    having
to    pay    their    fees.

Washington    refused    to    do
so    and    conspired    with    all
the    rest    of    the    defendants
in    this    lawsuit,    being    Sass,
Herrst,    Mike,    to    deprive    me

(P)

III. <u>Statement of Claim</u>

<u>Defendant Crane C. Washington</u>

of my motorcycle (my private property) in violation of my Due Process Right to own, use, my private property of Art. 1, § 17 of The Michigan Constitution, Fourteenth Amendment of The United States Constitution, Art. 1, § 16 of The Michigan Constitution (as a form of Cruel or Unusual Punishment), Eighth Amendment of The United States Constitution, and my God-Given, Natural, Common Law Right to own, use my private property, and conspiring with Sass, Herret, Mike, in violating my Right Against Unreasonable Searches and Seizures, Art. 1, § 11 of The Michigan Constitution, Fourth Amendment of The United States Constitution.

III.                    <u>Statement    of    Claim</u>

≡        <u>Defendant   France   C.
          Washington</u>

        I    also    filed    a    Demand
for    a    order    that    all    the
tickets, charges,   in    the    case   be
dismissed    pursuant    to    my
legit, overriding,   higher   cited   legal,
Constitutional    law    in    support
of    my    position. However, in
violation    of    the    cited   law
above, as    to    my    Constitutio-
nal    Right    to    Own, Use My
Private    Property, To    Not   Have
My    Property    Seized, and    not
be    subjected    to    Cruel    or
Unusual    Punishment, Fundamental
Fairness    of    The    Due   Proc-
ess    Clauses, and    otherwise    as
indicated    in    that   Demand,
and    Right    to    Travel, Defe-
ndant    Washington    did    not
dismiss    any    of    the   ch-
arges.

III. <u>Statement of Claim</u>

<u>Defendant ~~State~~ Crane
C. Washington</u>

Washington fraudulenty acted as if she had, have, jurisdiction over me when she didnt, doesnt because:

1. I am a Living Man, One of The People, Sovereign.

2. There was no, is no, injured plaintiff in the case as to any of the charges.

3. The plaintiff is the STATE OF MICHIGAN, in which there is no original jurisdiction as the so-called 14-B District Court is not The Supreme Court, see Art. III, sec. 2 of U.S. Const.

4. Washington ~~was~~ not, is not, a real judge, but instead a clerk masquarading as a

(5)

III.    <u>Statement of Claim</u>

<u>Defendant Erane C.
Washington</u>

judge, but merely a administrative officer.

Defendant Washington in fraudulentty acting as if she has jurisdiction over me as a Living Man, otherwise, when she didn't, doesn't, violated my Due Process Right, art. 1, §17 of The Michigan Constitution, Fourteenth Amendment of United States Constitution, My God-Given, Natural, Common-Law, Constitutional Right to be Sovereign, Declaration of Independence of 1776, Art. IV, sec. IV of The United States Constitution, but not necessarily limited to such.

(T)

III.   Statement   of   Claim

Defendant   Crane   C.
Washington

On   9-14-23   during   the
pretrial   conference   in   the
same   above   listed   case,   as
i   was   talking   Washington   ru-
dely   talked   over   me   and
didnt   let   me   finish   what
i   wanted   to   say   and
shut   our   zoom   connection
off   as   i   was   still
talking.

I   told   Washington   i   fi-
led   with   her   a   petition
for   a   hearing   on   my   mo-
torcycle   and   asked   her
~~and~~   ~~asked~~   ~~this~~   whats   going
on   with   it ?.   In   response,
Washington   said   she   doesnt
accept   petitions. Washington   did
not   make   a   ruling, decision,
holding, as   in   a   granting   or
denial   on   the   merits   of
any   of   the   petition(s)   i

(υ)

III. <u>Statement of Claim</u>

Defendant Orane C.
<u>Washington</u>

filed, ~~that~~ i was, am aware of.

During this pretrial conference
Washington asked me if i
wanted a attorney appointed
and i said no i will
not be accepting any attorneys
to represent me and if
any think they are represent-
ing me they are fired.

However, Washington still said
she was appointing a Pd as
stand by (I guess that means
a Public Defender). So it seems
to me Washington appointed me
a lawyer against my consent
not for her but to try to
force me into taking one
so she can fraudulently act
as if im the defendant
when i wasn't, cant be, and
in violation of my Right to

(v)

III.   <u>Statement   of   Claim</u>

<u>Defendant   Orance C.
Washington</u>

Present   myself, be   myself, and
without   a   attorney   trying   to   fr-
audulently   portray   me   as   a   legal
fiction   corporate-entity   defendant, and
to   be   the   Living   Man, One   of
The   Sovereign   People, that   i
am   entitled   to, and   in   which
The   U.S. Supreme Court   acknowl-
edged   we   have   the   right   to
be, in   violation   of   The   De-
claration   of   Independence
of   1776, Art. IV, sec. IV   of   The   U.S.
Constitution (The   Right   to   be
Sovereign   means   the   Right
to   a   Republican   Form   of
Government), Art. 1, § 13   of   The
Michigan   Constitution, Art. 1, § 9
and   art. 1, § 17   of   The   Mich.
Const., 13th   Amendment   of   The
U.S. Constitution, ~~Fourteenth~~   Ame-
ndment   of   U.S. Constitu-
tion

(W)

III.                 Statement    of    Claim

Defendant    Orance    C.
Washington

Based    on    Defendant    Washing-
ton    violating    my    Rights    as
contained    in    this    suit, i
have    reason    to    believe    she
has    violated    other    unknown
(at    this    time)    similarly    situated
plaintiffs    Rights    as    she
did    me    as    part    of    her
habit, and    as    such    i, we,
bring    claims    against    her
for    doing    the    same, similar,
violations    to    them.

All    of    the    defendants
in    this    complaint    have    also
violated    18_U.S.C.§ 241 and/or
242

(X)

**IV.** **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was deprived of my motor-cycle from 2-11-23 and since this date had to walk home on this date. And since then i have been having to peddle around on my bike all over the place (which is a lot of peddling) as i am constantly busy doing things that i have to do. Having to peddle about 26 miles every (cont.)

**V.** **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Award nominal, Compensatorily, Punitive Damages against all the defendants, and Order all the defendants to never violate my, our Rights again relevant to this case. Order Defendants Sass, Herrst, be fired from their job as police officers. Enter a temporary restraining (cont.)

IV. Injuries

Saturday to go to The Dance Club in Downtown Detroit, and get groceries ~~too~~ for myself which is often, several times a week, total of 2 miles a trip to the local Dollar Tree, kroger. Peddling to work is about a mile there and back, usually twice a week.

I often peddle to Wal-mart in Southgate (about 5 miles there and back = 10 miles) to get bird food. I couldn't go to the graveyard to pay my respects to my mother, father, as they are all the way in Holly, michigan and without my motorcycle it would be too far ~~to~~ go on my peddle ~~back~~ bike.

(a)

V.   Relief

## Sass, Herrst

order, preliminary injunction, permanent injunction, ordering defendants sass, herrst, go get my motorcycle from sakstrups towing and give it to me ~~or allow me to pick it up~~, without me having to pay any money to sakstrups ~~towing~~ company, or otherwise. ~~And~~

And order, by a TRO, preliminary, permanent injunction, that Sass, herrst, never steal, take my motorcycle, or any other private property from me, us, and to return any private property ~~I~~ they may have stole from other similarly situated plaintiffs or may do in the future, and to not write me, us, tickets for using our private property, to not take, steal, tow-away my, our, motorcycle(s), cars, anything else with a gasoline engine on it,

(9)

V. Relief

<u>Sass, Herrot</u>

because of not having or showing proof of a drivers license, registration, insurance, motor-cycle endorsement (for a motor-cycle), when i, we, aint driving a motor vehicle (as that term is defined in 18 U.S.C. § 31(6)(10), because, when we, i, aint carry-ing passengers, or property for profit, and exercising my, our Right to Travel.

<u>Defendant Mike</u>

Issue a TRO, preliminary & permanent injunction ordering mike to immediately return my motorcycle to me, and without me having to pay him any money, and to never withold my motorcycle or any other private property from me regardless whether a pirate pig cop took it or not, and to do so without

(b)

V. Relief

## Defendant Mike

trying to charge me a extortion fee to get it, and to do the same for all other similarly situated plaintiffs.

And that mike be ordered to not refuse to give me, us, our private property because of not showing mike i, we, have a drivers license, registration, insurance (motorcycle endorsement).

## John/Jane Doe Defendants #4

Issue a TRO, preliminary, and permanent injunction, that all John/Jane Doe Defendants stop doing all the illegal acts as contained in

(c)

V. Relief

John/Jane Doe
Defendants # 4

the statement of claim.

Defendant France C.
Washington

Issue a TRO, preliminary, permanent injunction, ordering Defendant Washington to order sass, herrot, mike, to give me my motorcycle without trying to make me pay extortion fees, and that she order all the tickets be dismissed, and that she doesn't fraudulently act as if she has jurisdiction over me again if any future cases come up where a name similar to mine is the real defendant, legal fiction

(d)

V. Relief

Defendant Erane
C. Washington

corporate entity, and otherwise
refrain from all the rest
of her illegal acts as
contained in the statement
of claim.

And that Washington refrain
from doing the same, similar,
to all other similarly sit-
uated plaintiffs in the
future.

Order Defendant Washin-
gton be fired from her
job as a so-called judge.

V. Relief

Unknown   John   Doe/
Jane   Doe   Defendants
That   Were, Are, ~~State~~
Senators, Representatives

Issue   a   TRO, preliminary, per-
manent   injunction, ordering   all
these   defendants   to   change,
remove   the   relevant   MCL's
listed   in   the   statement   of
claim   that   make   it   clear
that   the   definition   of   a
motor   vehicle   is   only   one
mechanically   drawn   _and_   used
to   carry   passengers   or   pro-
perty   for   profit ( to   conform
with   the   higher   supreme   law
of   18 U.S.C. 31(6)(10)   definition   of
a   motor   vehicle   and   therefore
Art. VI   of   The   U.S. Constitution
that   clearly   says   federal   laws
are   Supreme   Law), and   there-
fore   if   i, we, aint   carrying
passenger   or   property   for   pr-
ofit   we   aint   driving   a

(f)

## V. Relief

motor vehicle and therefore dont need a drivers license, registration, drivers license and motorcycle endorsement (in the case of a motorcycle), insurance, and that i, we, dont need to pay money for a certificate of title just to get it acknowledged that i, we, own our private property, and change any other state law(s) that otherwise needs to change to recognize, respect our Right to Own, Use Our Private Property and Travel By Right with it.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10 – 16 – 23

Signature of Plaintiff    Eric Martin
Printed Name of Plaintiff    Eric Martin
cell # 313-704-7348

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
_____
_____    _____    _____
City                         State          Zip Code

Telephone Number    _____
E-mail Address    _____

October 17, 2023

Court Clerk
U.S. District Court
231 W. Lafayette Blvd
Detroit, Mi 48226

RE: Martin v. Ryan
Sass, et al.,

Enclosed for filing find
the originals of "Application
to Proceed In District Court
Without Prepaying Fees or
Costs," "Complaint for Violation
of Civil Rights. — 40 pages.

Sincerely,

Eric Martin
Plaintiff

U.S. POSTAGE PAID
FCM LG ENV
TAYLOR, MI 48180
OCT 24, 2023

$2.55

R2305H128178-33

48226

Retail

RDC 99

To:

Court Clerk
United States
District Court
231 W. Lafayette
Blvd,
Detroit, MI 48226

U.S. MARSHALS

Eric Martin
9074 Clippert St,
Taylor, MI 48180