UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC MARTIN,

    Plaintiff,

v.

                                        Case No. 23-12741

RYAN SASS, *et al.*,                      Hon. George Caram Steeh

    Defendants.

_____/

ORDER DENYING APPLICATION TO PROCEED
*IN FORMA PAUPERIS* WITHOUT PREJUDICE

    Plaintiff filed a complaint and application to proceed without prepayment of fees on October 27, 2023. Plaintiff did not complete the application to proceed without prepayment of fees and failed to provide any financial information. As a result, the court is unable to determine whether it is appropriate to grant the application.

    IT IS HEREBY ORDERED that Plaintiff's October 27, 2023 application to proceed without prepayment of fees (ECF No. 2) is DENIED WITHOUT PREJUDICE.

Dated: November 8, 2023                s/George Caram Steeh
                                                      George Caram Steeh
                                                      United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 8, 2023, by electronic and/or ordinary mail and also on Eric Martin; 9074 Clippert St. Wayne, MI 48180.
                                                                                       s/Michael Lang
                                                                                       Deputy Clerk