United States District Court
Eastern District of Michigan
Southern Division

Eric Martin,
 Plaintiff,

v.

Ryan Sass, et al.,
 Defendants.

FILED
DEC 05 2023
CLERK'S OFFICE
DETROIT

No. 23-12741

Judge George Caram Steeh

Plaintiff's Objections To Order Denying Application To Proceed In Forma Pauperis

The reason(s) used in the order denying my application to proceed without fees, is given as, because i did not complete the court form application. I don't need to fill out, answer all the questions on the form, as its irrelevant

to my position as to why the filing fees should be waived, which is clear by reviewing my application to proceed without fees.

By trying to make me fill out the whole form is trying to make me fraudulently agree im obligated to still pay the filing fees (even if not immediate) in violation of My Right Against Slavery, 13th Amendment of U.S. Constitution.

And again as i pointed out in my application the filing fee should be discharged pursuant to House Joint Resolution-192, and My Constitutional Right of access to the Courts of the First, Fourteenth Amendments, and the U.S. Supreme Courts decision in Murdock v. Pennsylvania, 319 U.S. 105.

As the Court said in Murdock, "No State shall

2

convert a liberty into a privilege, license "it," and charge a fee therefore."

Therefore, I Demand the order denying my application to waive the filing extortion fees, be reversed.

11-24-23
Dated

Sincerely,
Eric Martin
Eric Martin
Plaintiff
9074 Clippert St.
Taylor, Mi 48180
cell #
734-556-2642

3

Eric Martin
9074 Clippert St
Taylor, MI 48180

METROPLEX MI 480
1 DEC 2023 PM 15 L

RECEIVED
DEC - 5 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

48226-2700099

To: Court Clerk
U.S. District Court
231 W. Lafayette Blvd
Detroit, MI 48226