FILED
Feb 9, 2024
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-1025

ERIC MARTIN,

    Plaintiff-Appellant,

v.

RYAN SASS, Michigan State Police Officer, et al.,

    Defendants-Appellees.

Before: SUHRHEINRICH, MOORE, and GILMAN, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk