United States District Court
Eastern District of Michigan
Southern Division

**FILED**
MAR 27 2024
CLERK'S OFFICE
DETROIT

Eric Martin,
　　Plaintiff,　　　　　　　　No. 23-12741

v.
　　　　　　　　　　　　　　　Hon. George
Ryan Sass, et al.,　　　　　　Caram Steeh
　　Defendants.
_____/

## Plaintiff's Second Objections As To The Orders On Filing Fees

All of the so-called orders entered in this case as to the attempted extortion filing fees basically allege I am required to pay the filing fees. Thats false and isn't supported by sufficient evidence that i am liable, in violation of my Due Process Right of The U.S. Constitution.

Also, 28 U.S.C. §1914 is this Court's supposed basis alleging i am liable to pay the filing fee to have my lawsuit acted on.

Congress is the one that makes federal statutes and Article IV sec. 3 states -

The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States

I am not property of the United States but am one of The Sovereign People and any fraudulent presumptions that i was, are, property of the U.S. is fraudulent and cannot be legitimately relied on. I am soley Gods property.

Therefore, I am not liable under 28 U.S.C. 1914, and Demand the reversal of all the

orders that fraudulently held i am liable.

Sincerely,

3-19-24
Dated

Eric Martin
Eric Martin
Plaintiff
One of The Sovereign People

Eric Martin
9074 Clippert St
Taylor, MI 48180

METROPLEX MI 480
20 MAR 2024 PM 7 L

U.S. MARSHALS

To:
Court Clerk
U.S. District Court
231 W Lafayette Blvd
Detroit, MI 48226